UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-283 |
| | § | |
| OILFIELD EQUIPMENT RENTAL, LLC, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER TO TRANSFER VENUE**

This case is brought as a collective action under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b). Pending before the Court is Defendants Oilfield Equipment Rental, LLC, and Nancy Fuller's Motion to Dismiss for Improper Venue, pursuant to 28 U.S.C. § 1406(a),[1] or in the alternative, Motion to Transfer Venue ("Defendant's Motion") to the Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. §1404(a)[2] (D.E. 7). On September 3, 2015, Plaintiff Christopher Coker ("Plaintiff") filed his Response (D.E. 11) urging the court to deny Defendant's motion or, in the alternative, transfer venue to the Western District of Texas, San Antonio Division. Parties do not contest this Court's jurisdiction pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (D.E. 12, p. 2), only whether venue in this district is proper. A hearing was held on

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

[2] "For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

September 18, 2015, and Parties agreed to transfer the case to the Northern District of Texas, Fort Worth Division, consistent with the interests of justice. Accordingly, this Court **ORDERS** this case transferred to the Northern District of Texas, Fort Worth Division.

ORDERED this 18th day of September, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE