UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | | |
|---|---|---|
| COKER CHRISTOPHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 4:15-CV-700-O |
| | § | |
| OIL FIELD EQUIPMENT RENTAL, | § | |
| LLC, and NANCY FULLER | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), Plaintiff Christopher Coker, and Defendants Oilfield Equipment Rental, LLC and Nancy Fuller, hereby stipulate and agree that they have resolved all claims asserted in this case and that this action should be dismissed with prejudice, each party to pay its own costs and fees. Plaintiff and Defendants respectfully request that the Court vacate all pending deadlines in the case and enter dismissal.

Dated this 8th day of February, 2016.

    *s/ Galvin B. Kennedy*
Galvin B. Kennedy
Texas Bar No. 00796870
Federal ID No. 20791
Udyogi Apeksha Hangawatte
Texas Bar No. 24094698
Federal ID No. 2488120
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone:  (713) 523-0001
Facsimile:   (713) 523-1116
Email: gkennedy@kennedyhodges.com
       uhangawatte@kennedyhodges.com

**ATTORNEYS FOR PLAINTIFF**

    *s/ Jim Cleary*
Jim Cleary
Sylvia Ngo
MARTIN, DISIERE, JEFFERSON, & WISDOM, L.L.P.
808 Travis, Suite 2000
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
Email: cleary@mdjwlaw.com
       ngo@mdjwlaw.com

**Attorneys for Defendants
Oilfield Equipment Rental, LLC
and Nancy Fuller**

2

## CERTIFICATE OF CONFERENCE

  I hereby certify that counsel for Plaintiffs and Defendants have conferred and agreed to the relief sought through this stipulation.

                   */s/ Galvin B. Kennedy*
                   Galvin B. Kennedy

## CERTIFICATE OF SERVICE

  I certify that this document was served on all parties on February 8, 2016 via the Court's CM/ECF system.

                   */s/ Galvin B. Kennedy*
                   Galvin B. Kennedy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | | |
|---|---|---|
| COKER CHRISTOPHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 4:15-CV-700-O |
| | § | |
| OIL FIELD EQUIPMENT RENTAL, | § | |
| LLC, and NANCY FULLER | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER OF DISMISSAL**

Upon considering the parties' Stipulation of Voluntary Dismissal, the Court hereby ORDERS that this case is DISMISSED with PREJUDICE. All pending deadlines in this action are hereby VACATED. All costs and fees are to be incurred by the party bearing the same.

SO ORDERED.

Date: _____

_____
Hon. Reed O'Connor
United States District Court Judge

4